NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUCE SWINFORD,**
*Petitioner,*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2010-3025

---

Appeal from the Merit Systems Protection Board in DC1221070032-B-2.

---

**JUDGMENT**

---

JAY P. HOLLAND, Joseph, Greenwald & Laake, PA, Greenbelt, Maryland, argued for petitioner. With him on the brief was PUJA GUPTA.

JANE W. VANNEMAN, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director.

Of counsel on the brief was WILLIAM WINNE, Attorney Advisor, Office of Chief Counsel, Federal Highway Administration, United States Department of Transportation, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 14, 2010 /s/ Jan Horbaly_____
Date     Jan Horbaly
       Clerk